**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7955

FRANK M. NEFF,

Petitioner - Appellant,

versus

MCI-H, WARDEN,

Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (CA-03-1861)

Submitted: May 27, 2004                    Decided: June 2, 2004

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Frank M. Neff, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank M. Neff seeks to appeal the district court's order denying relief on his complaint, in which Neff alleged that the Maryland Division of Corrections miscalculated his release date. Neff raised this claim under 28 U.S.C. § 2241 (2000) and 42 U.S.C. § 1983 (2000). The district court denied relief based on Neff's failure to exhaust state remedies.

To the extent Neff appeals the denial of relief under § 2241, he may not do so unless a circuit judge or justice issues a certificate of appealability, and a certificate of appealability will not issue absent a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A habeas petitioner meets this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Neff has not made the requisite showing.

To the extent that Neff appeals the denial of relief on his § 1983 claim, we find no error in the district court's decision. See Heck v. Humphrey, 512 U.S. 477 (1994).

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED